**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| Evelyn Lara,<br><br>            Plaintiff,<br><br>      v.<br><br>Unum Insurance Company of America,<br><br>            Defendant. | Civil Action No.: 2:26-cv-02020-JXN-CF<br><br>**ORDER GRANTING APPLICATION OF MATTHEW A. CLABOTS TO APPEAR *PRO HAC VICE* ON BEHALF OF DEFENDANT UNUM LIFE INSURANCE COMPANY OF AMERICA** |

This matter having come before the court by motion of Seyfarth Shaw LLP, attorneys for Defendant Unum Life Insurance Company of America ("Unum"), for an Order permitting Matthew A. Clabots to appear and participate *pro hac vice* in this matter on behalf of Unum, and there being no objection from Plaintiff, and the Court having considered the papers submitted in support of said motion, and for good cause having been shown pursuant to Local Civil Rule 101.1(c);

It is on this 26th day of May, 2026,

**ORDERED** that Matthew A. Clabots, attorney with the law firm of Seyfarth Shaw LLP, is hereby admitted *pro hac vice* in the above-captioned matter; and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by a member or attorney of the firm of Seyfarth Shaw LLP, counsel of record for Unum, who are admitted to practice before this Court, who shall be held responsible for said papers, and for the conduct of the case, and who shall be present in Court during all steps of this proceeding, unless expressly excused by the Court, and who shall be held responsible for the conduct of the attorneys admitted hereby; and it is further

1

**ORDERED** that Matthew A. Clabots, shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c) (2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of entry of this Order, unless previously paid for the current calendar year; and it is further

**ORDERED** that Matthew A. Clabots shall make payments of $250.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c) (3), as amended, within twenty (20) days from the date of entry of this Order; and it is further

**ORDERED** that Matthew A. Clabots shall provide a copy of this Order to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:21-2(a); and it is further

**ORDERED** that Matthew A. Clabots shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is further

**ORDERED** that Matthew A. Clabots may file a request, the form of which is available at the Court's website, with the Clerk of Court for *pro hac vice* counsel to receive electronic notifications in this matter.

Dated: May 26, 2026

By:  *s/Cari Fais*
_____
Hon. Cari Fais, U.S.M.J.

2